IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| STEVEN L. GARDNER, | ) | CASE NO.  1:07 CV 1601 |
| | ) | |
| Plaintiff, | ) | JUDGE DONALD C. NUGENT |
| | ) | |
| vs. | ) | |
| | ) | |
| | ) | JUDGMENT |
| CITY OF CLEVELAND, et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to a Memorandum Opinion of this Court, the Defendants' Motion for Summary Judgment (ECF #25) is GRANTED as to Plaintiff's federal claims asserting violations of the Constitution of the United States and § 1983.  Plaintiff's Motion for Summary Judgment (ECF #24) is DENIED as to Plaintiff's federal claims.  The Court declines to assert supplemental jurisdiction over Plaintiff's remaining state law claims.  Accordingly, Plaintiff's state law claims are REMANDED to the Court of Common Pleas for Cuyahoga County, Ohio.  The Clerk of Courts is hereby ordered to return this action to the Court of Common Pleas for Cuyahoga County. This action is TERMINATED.

    IT IS SO ORDERED.

                                                            /s/Donald C. Nugent
                                                            Donald C. Nugent
                                                            United States District Judge

DATED: August 20, 2009